AO 442 (Rev. 01/09) Arrest Warrant

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2017 NOV 22 PM 1:54

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

# UNITED STATES DISTRICT COURT
for the
District of Colorado

United States of America
v.

OLEG VASILYEV
*Defendant*

)
)
)
)
)
)

Case No.   17-cr-00312-CMA

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   OLEG VASILYEV
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Count 1: 18 USC §§ 1341 and 2 Mail Fraud

Date: 09/12/2017

s/A. Thomas, Deputy Clerk
*Issuing officer's signature*

City and state:   Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/20/17, and the person was arrested on *(date)* 11/20/17
at *(city and state)* Denver, CO

Date: 11/20/17

*Arresting officer's signature*

DWM Ali
*Printed name and title*

| | |
|---|---|
| DEFENDANT: | Oleg Vasilyev |
| YOB: | 1968 |
| COMPLAINT FILED? | _____ Yes  __X__ No |
| | If Yes, MAGISTRATE CASE NUMBER: |

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?       _____ Yes    __X__ No

| | |
|---|---|
| OFFENSE(S): | Count 1: 18 USC §§ 1341 and 2 Mail Fraud |
| LOCATION OF OFFENSE: | Boulder County, Colorado |
| PENALTY: | Count 1: NMT 20 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; $100 special assessment fee |
| AGENT: | Joy Joyce<br>Special Agent, DOE |
| AUTHORIZED BY: | Jeremy Sibert<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

_____ five days or less       __X__ over five days       _____ other

THE GOVERNMENT

__X__ will seek detention in this case based on 18 U.S.C. § 3142(f)(2)

_____ will not seek detention

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:       ___ Yes       __X__ No